JACOB GLOCKNER et al., Respondents, *v.* GREAT EASTERN CASUALTY COMPANY, Appellant.

Reported below, 174 App. Div. 873.
(Submitted November 20, 1916; decided November 28, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1916, modifying

and affirming as modified a judgment in favor of plaintiffs entered upon a verdict in an action to recover upon a policy of fire insurance.

The motion was made upon the grounds that no question of law was involved and that the appeal was taken solely for purposes of delay.

*Charles S. Rosenchein* and *Otto A. Samuels* for motion.

*Joseph L. Prager* opposed.

Motion denied, with ten dollars costs.